UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. PROVOST,<br>Plaintiff,<br>v.<br>MARK THOMAS, et al.,<br>Defendants. | Case No. 25-cv-02168-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 7 and 12 |

Plaintiff Provost has not complied with my Order to file an amended complaint. (Dkt. No. 11.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Provost may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

Provost's application to proceed in forma pauperis is DENIED as moot because he has paid the filing fee. (Dkt. Nos. 7 and 9.) His motion for an extension of time, which was filed before I dismissed the prior complaints with leave to amend, is DENIED as moot. (Dkt. No. 12.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 21, 2025



WILLIAM H. ORRICK
United States District Judge